AO 243 (Rev. 5/85)

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

FILED
AUG 23 2012

| **United States District Court** | District Middle District of N |
|---|---|
| Name of Movant Kamario & Palmer | Prisoner No. 24182-057 | Case No. 1:08-cr-00125-NCT-1 |
| Place of Confinement FCI Coleman Med | | |

UNITED STATES OF AMERICA    v. Kamario Palmer

(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack Middle District of North Carolina

2. Date of judgment of conviction 06/19/09

3 Length of sentence 64 monthes, 3years Supervised released

4. Nature of offense involved (all counts) 18: 922q

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☑
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   Plea guilty for 922q

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐ N/A
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☐    N/A

8. Did you appeal from the judgment of conviction?
   Yes ☑ No ☐

(2)

9. If you did appeal, answer the following:

    (a) Name of court    U.S. Courts of Appeals 4th Circuit

    (b) Result    Affirm

    (c) Date of result    05/03/10

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
Yes ☐ No ☑

11. If your answer to 10 was "yes", give the following information:

    (a) (1) Name of court    N/A

        (2) Nature of proceeding    N/A

        (3) Grounds raised    N/A

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐ No ☐   N/A

        (5) Result    N/A

        (6) Date of result    N/A

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court    N/A

        (2) Nature of proceeding    N/A

        (3) Grounds raised    N/A

Case 1:08-cr-00125-NCT   Document 37   Filed 08/23/12   Page 2 of 6

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result _____ *N/A* _____

(6) Date of result _____ *N/A* _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.     Yes ☐ No ☐    *N/A*
(2) Second petition, etc.   Yes ☐ No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____ *N/A* _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(4)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure. ✓
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Petitioner is actually innocent of his sentence based on U.S. vs Simmons Case No.# 08-4475 (4th Cir 08/17/11)

Supporting FACTS (state *briefly* without citing cases or law) Petitioner is actually innocent of his sentence, based on Simmons and the Court has Jurisdiction to hear this case.

B. Ground two: This Court has Jurisdiction to hear this case based on title 28 U.S.C. Section 2255 (F4) and (F3)

Supporting FACTS (state *briefly* without citing cases or law): Based on the retroactivity applicable to case of Simmons vs U.S.

C. Ground three: N/A

Supporting FACTS (state *briefly* without citing cases or law): N/A

(5)

D. Ground four: ___N/A_____

Supporting FACTS (state *briefly* without citing cases or law): ___N/A_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: ___N/A_____

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐ No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing ___John A. Dusenbury JR_____
    301 N ELM St Greensboro N.C. 27401

    (b) At arraignment and plea ___John A Dusenbury JR._____
    301 N ELM St. Greensboro N.C. 27401

    (c) At trial ___N/A_____

    (d) At sentencing ___John A Dusenbury JR._____
    301 N ELM St. Greensboro N.C. 27401

(6)

(e) On appeal _John A Dusenbury JR._
_301 N. Elm St Greensboro, N.C. 27401_

(f) In any post-conviction proceeding   _N/A_

(g) On appeal from any adverse ruling in a post-conviction proceeding   _N/A_

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐  No ☑

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐  No ☑

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

_N/A_

(b) Give date and length of the above sentence:   _N/A_

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐  No ☑

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_08/16/12_
(date)

_____
Signature of Movant

(7)